1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

PLANTIFF'S COMPLAINT
- 13

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

## Personal Information

File Number: 243970289
Date Issued: 10/28/2011

**Name:**          NELSON VALLE, JR.

SSN:
Date of Birth:

You have been on our files since

Telephone

Your SSN is partially masked for your protection

### CURRENT ADDRESS

**Address:**    66 MONTOWESE ST.
HARTFORD, CT 06114

**Date Reported:** 06/2005

### PREVIOUS ADDRESSES

**Address:**

**Date Reported:**

**Address:**

### EMPLOYMENT DATA REPORTED

**Employer Name:**
**Date Reported:**

**Position:**
**Date Hired:**

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

Requested On:
Inquiry Type:


Requested On:
Inquiry Type:


Requested On:
Inquiry Type:


## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**VERIFACTS INC**
204 1ST AVE
STERLING , IL 61081
(815) 626-9300

Requested On:    04/2011    **Permissible Purpose:** COLLECTION

Requested On:

**RJM AQUISITIONS**
575 UNDERHILL BLVD
SUITE 224
SYOSSET , NY 11791
(516) 714-1300

Requested On:    12/2010

Requested On:

Requested On:

# Should you wish to contact TransUnion, you may do so,

**Report an Inaccuracy:**
To learn about reporting an inaccuracy click here.

**By Mail:**
TransUnion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 A.M. and 11:00 P.M. Eastern Time, Monday-Friday, except major holidays.
Please have your TransUnion file number available (located at the top of this report.)

## Consumer Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A, 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental


**A world of insight**

**X** Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**NELSON VALLE**

Report Date:
**10/28/2011**

Index:

– Contact us

– Potentially negative items

– Requests for your credit history

– Personal information

– Important message from Experian

– Know your rights



Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us

back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport. You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review

back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public Records

## Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application.

These inquiries do not affect your credit score.

### EXPERIAN

Address:
PO BOX 9600
ALLEN TX 75013
*No phone number available*

Date of Request:
10/28/2011

### RJM ACQUISITIONS LLC

Address:
575 UNDERHILL BLVD STE 284
SYOSSET NY 11791
(516) 714-1310

Date of Request:
04/26/2011, 12/21/2010

### VERIFACTS INC

Address:
204 1ST AVE
STERLING IL 61081
*No phone number available*

Date of Request:
04/25/2011

## RJM ACQUISITIONS LLC

Address:
575 UNDERHILL BLVD STE 284
SYOSSET NY 11791
(516) 714-1310

Date of Request:
12/21/2010

## PROGRESSIVE FINANCIAL SE

Address:
1919 W FAIRMONT DR STE 8
TEMPE AZ 85282
(602) 453-8900

Date of Request:
07/27/2010

## Personal Information                                    back to top

The following information is reported to us by you, your creditors and other sources. Each source may report your personal info differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud prevention efforts, a notice with additional information may appear. As a security precaution, we did not list the Social Security number that you provided when you contacted us. If any Social Security number variations were reported to us, only the last four digits of each are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in these numbers may be part of the displayed portion or part of the hidden portion. The names are listed in no particular order and may include variations of your legal name. The Name identification number is how our system identifies the names associated with respective accounts on your credit report. These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address. The Geographical Code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

Names:
**NELSON VALLE**

Name identification number: 29538

**NELSON J VALLE**

Name identification number: 18848

**NELSON VALLE Jr.**

Name identification number: 7525

**NELSON J VALLE Jr.**

Name identification number: 29639

Address: 66 MONTOWESE ST
HARTFORD, CT 06114-3041

Address identification number:

Type of Residence:

Geographical Code:

Address:

Address identification number:

Type of Residence:

Geographical Code:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

PLANTIFF'S COMPLAINT
- 14

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone



December 21, 2011

Nelson Valle
66 Montowese St.
Hartford CT 06114

RE: Response to letter dated December 2, 2011

Mr. Valle,

We wish to acknowledge receipt of your letter regarding claims of an unauthorized credit inquiry.

VeriFacts, Inc. has a permissible purpose under the Fair Credit Reporting Act to obtain your consumer report in connection with "a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer." Nothing in the Fair Credit Reporting Act requires that you have an account with the person making the inquiry or that the inquirer must be a collection agency for this permissible purpose to apply. There have been a number of court cases to this effect.

However, please note that VeriFacts, Inc. is merely in the business of information gathering and has no interest in any account or debt to be collected from you. VeriFacts, Inc. is not a debt collector and is not attempting to collect a debt from you.

Therefore, VeriFacts, Inc. has not violated any provision of the Fair Credit Reporting Act in obtaining your consumer report from Trans Union or Experian.

Sincerely,

Compliance & Privacy Department