UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NELSON VALLE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 3:12-CV-00957-CSH |
| | : | |
| RJM ACQUISITIONS, LLC, | : | |
| VERIFACTS, INC., | : | |
| PROGRESSIVE FINANCIAL, | : | December 12, 2012 |
| | : | |
| Defendants. | : | |
| | : | |

## **ANSWER**

The defendant, RJM Acquisitions Funding LLC ("RJM"), by and through

the undersigned counsel, for its Answer to the Complaint herein, hereby denies

each and every averment, except as expressly stated below, as follows:

1.      Admits that this purports to be an action under the Fair Credit

Reporting Act ("FCRA") and for common law invasion of privacy, denies liability

and otherwise denies the allegations of this Paragraph 1.

2.      Denies knowledge or information sufficient to form a belief as to the

truth of the allegations of this Paragraph 2 and therefore leaves the plaintiff to his

proof.

3.      Denies that RJM transacts business in this District and otherwise

denies knowledge or information sufficient to form a belief as to the remaining

allegations of this Paragraph 3 and therefore denies same and leaves the plaintiff

to his proof.

4.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 4 and therefore leaves the plaintiff to his proof.

5.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 5 and therefore leaves the plaintiff to his proof.

6.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 6 and therefore leaves the plaintiff to his proof.

7.      This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, RJM denies as stated and refers to the statute referred to in this Paragraph 7 for the content thereof.

8.      Admits that RJM is a foreign limited liability company and otherwise denies the remaining allegations of this Paragraph 8.

9.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 9 and therefore leaves the plaintiff to his proof.

10.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 10 and therefore leaves the plaintiff to his proof.

11.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, RJM refers to the statute referred to in this Paragraph 11 for the content thereof.

12.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, RJM refers to the statute referred to in this Paragraph 12 for the content thereof.

13.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, RJM refers to the statute referred to in this Paragraph 13 for the content thereof.

14.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, RJM refers to the statute referred to in this Paragraph 14 for the content thereof.

15.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, RJM refers to the statute referred to in this Paragraph 15 for the content thereof.

16.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, RJM refers to the statute referred to in this Paragraph 16 for the content thereof.

17.     Admits that RJM was the owner of an account allegedly owed by the plaintiff, that RJM had made efforts to collect such account and otherwise denies the remaining allegations of this Paragraph 17.

18.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 18 and therefore leaves the plaintiff to his proof.

19.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 19 and therefore leaves the plaintiff to his proof.

20.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 20 and therefore leaves the plaintiff to his proof.

21.     Denies as stated and refers to the statute referred to in this Paragraph 21 for the content thereof.

22.     Denies as stated and refers to the statute referred to in this Paragraph 22 for the content thereof.

23.     Denies as stated and refers to the statute referred to in this Paragraph 23 for the content thereof.

24.     Admits.

25.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 25 and therefore leaves the plaintiff to his proof.

26.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 26 and therefore leaves the plaintiff to his proof.

27.     Admits.

28.     Admits.

29.     Admits.

30.     Admits.

31.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 31 and therefore leaves the plaintiff to his proof.

32.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 32 and therefore leaves the plaintiff to his proof.

33.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 33 and therefore leaves the plaintiff to his proof.

34.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 34 and therefore leaves the plaintiff to his proof.

35.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 35 and therefore leaves the plaintiff to his proof.

36.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 36 and therefore leaves the plaintiff to his proof.

37.     Denies.

38.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 38 and therefore leaves the plaintiff to his proof.

39.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 39 and therefore leaves the plaintiff to his proof.

40.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 40 and therefore leaves the plaintiff to his proof.

41.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 41 and therefore leaves the plaintiff to his proof.

42.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 42 and therefore leaves the plaintiff to his proof.

43.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 43 and therefore leaves the plaintiff to his proof.

44.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 44 and therefore leaves the plaintiff to his proof.

45.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 45 and therefore leaves the plaintiff to his proof.

46.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 46 and therefore leaves the plaintiff to his proof.

47.     Denies as stated and refers to the statutes referred to in this Paragraph 47 for the content thereof.

48.     Denies.

49.     Denies.

50.     Denies.

51.     Admits.

52.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 51 and therefore leaves the plaintiff to his proof.

53.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 53 and therefore leaves the plaintiff to his proof.

54.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 54 and therefore leaves the plaintiff to his proof.

55.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 55 and therefore leaves the plaintiff to his proof.

56.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 56 and therefore leaves the plaintiff to his proof.

57.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 57 and therefore leaves the plaintiff to his proof.

58.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 58 and therefore leaves the plaintiff to his proof.

59.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 59 and therefore leaves the plaintiff to his proof.

60.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 46 and therefore leaves the plaintiff to his proof.

61.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 61 and therefore leaves the plaintiff to his proof.

62.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 62 and therefore leaves the plaintiff to his proof.

63.     Denies.

64.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 64 and therefore leaves the plaintiff to his proof.

65.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 65 and therefore leaves the plaintiff to his proof.

66.     Denies as stated and refers to the statutes referred to in this Paragraph 66 for the content thereof.

67.     Denies.

68.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 68 and therefore leaves the plaintiff to his proof.

69.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 69 and therefore leaves the plaintiff to his proof.

70.     Denies.

71.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 71 and therefore leaves the plaintiff to his proof.

72.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 72 and therefore leaves the plaintiff to his proof.

73.     Denies.

74.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 74 and therefore leaves the plaintiff to his proof.

75.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 75 and therefore leaves the plaintiff to his proof.

76.     Defendant repeats and re-alleges the answers to Paragraphs 1 through 75 of the Complaint as their answer to this Paragraph 76 as though fully set forth herein.

77.     Denies.

78.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 78 and therefore leaves the plaintiff to his proof.

79.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 79 and therefore leaves the plaintiff to his proof.

80.     Defendant repeats and re-alleges the answers to Paragraphs 1 through 79 of the Complaint as their answer to this Paragraph 80 as though fully set forth herein.

81.     Denies.

82.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 82 and therefore leaves the plaintiff to his proof.

83.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 83 and therefore leaves the plaintiff to his proof.

84.     Defendant repeats and re-alleges the answers to Paragraphs 1 through 83 of the Complaint as their answer to this Paragraph 84 as though fully set forth herein.

85.     Denies.

86.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 86 and therefore leaves the plaintiff to his proof.

87.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 87 and therefore leaves the plaintiff to his proof.

88.     Defendant repeats and re-alleges the answers to Paragraphs 1 through 87 of the Complaint as their answer to this Paragraph 88 as though fully set forth herein.

89.     Denies.

90.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 90 and therefore leaves the plaintiff to his proof.

91.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 91 and therefore leaves the plaintiff to his proof.

92.     Defendant repeats and re-alleges the answers to Paragraphs 1 through 91 of the Complaint as their answer to this Paragraph 92 as though fully set forth herein.


## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's state law claims for invasion of privacy are precluded by 15 U.S.C. § 1681h.


DEFENDANT
RJM ACQUISITIONS, LLC

By: _____/s/_____
     Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorney

## <u>CERTIFICATION</u>

I hereby certify that on December 12, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____ _____
Jonathan D. Elliot