UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NELSON VALLE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 3:12-CV-00957-CSH |
| | : | |
| RJM ACQUISITIONS, LLC, | : | |
| VERIFACTS, INC., | : | |
| PROGRESSIVE FINANCIAL, | : | December 13, 2012 |
| | : | |
| Defendants. | : | |
| | : | |

### **ANSWER**

The defendant, Progressive Financial Services, Inc. ("Progressive"), by and through the undersigned counsel, for its Answer to the Complaint herein, hereby denies each and every averment, except as expressly stated below, as follows:

1.      Admits that this purports to be an action under the Fair Credit Reporting Act ("FCRA") and for common law invasion of privacy, denies liability and otherwise denies the allegations of this Paragraph 1.

2.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 2 and therefore leaves the plaintiff to his proof.

3.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 3 and therefore leaves the plaintiff to his proof.

4.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 4 and therefore leaves the plaintiff to his proof.

5.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 5 and therefore leaves the plaintiff to his proof.

6.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 6 and therefore leaves the plaintiff to his proof.

7.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, Progressive denies as stated and refers to the statute referred to in this Paragraph 7 for the content thereof.

8.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 8 and therefore leaves the plaintiff to his proof.

9.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 9 and therefore leaves the plaintiff to his proof.

10.     Admits that Progressive is a foreign corporation and otherwise denies the remaining allegations of this Paragraph 10.

11.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, Progressive refers to the statute referred to in this Paragraph 11 for the content thereof.

12.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, Progressive refers to the statute referred to in this Paragraph 12 for the content thereof.

13.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, Progressive refers to the statute referred to in this Paragraph 13 for the content thereof.

14.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, Progressive refers to the statute referred to in this Paragraph 14 for the content thereof.

15.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, Progressive refers to the statute referred to in this Paragraph 15 for the content thereof.

16.     This Paragraph states a mere legal conclusion that does not require a response.  To the extent a response is required, Progressive refers to the statute referred to in this Paragraph 16 for the content thereof.

17.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 17 and therefore leaves the plaintiff to his proof.

18.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 18 and therefore leaves the plaintiff to his proof.

19.     Admits that Progressive was retained by a creditor to collect an account in the name of the plaintiff, had made efforts to collect such account and otherwise denies the remaining allegations of this Paragraph 19.

20.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 20 and therefore leaves the plaintiff to his proof.

21.     Denies as stated and refers to the statute referred to in this Paragraph 21 for the content thereof.

22.     Denies as stated and refers to the statute referred to in this Paragraph 22 for the content thereof.

23.     Denies as stated and refers to the statute referred to in this Paragraph 23 for the content thereof.

24.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 24 and therefore leaves the plaintiff to his proof.

25.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 25 and therefore leaves the plaintiff to his proof.

26.     Admits.

27.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 27 and therefore leaves the plaintiff to his proof.

28.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 28 and therefore leaves the plaintiff to his proof.

29.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 29 and therefore leaves the plaintiff to his proof.

30.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 30 and therefore leaves the plaintiff to his proof.

31.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 31 and therefore leaves the plaintiff to his proof.

32.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 32 and therefore leaves the plaintiff to his proof.

33.    Admits.

34.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 34 and therefore leaves the plaintiff to his proof.

35.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 35 and therefore leaves the plaintiff to his proof.

36.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 36 and therefore leaves the plaintiff to his proof.

37.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 37 and therefore leaves the plaintiff to his proof.

38.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 38 and therefore leaves the plaintiff to his proof.

39.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 39 and therefore leaves the plaintiff to his proof.

40.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 40 and therefore leaves the plaintiff to his proof.

41.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 41 and therefore leaves the plaintiff to his proof.

42.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 42 and therefore leaves the plaintiff to his proof.

43.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 43 and therefore leaves the plaintiff to his proof.

44.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 44 and therefore leaves the plaintiff to his proof.

45.     Admits that Progressive has received correspondence from the plaintiff, refers to such correspondence for the content thereof and otherwise denies the allegations of this Paragraph 45.

46.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 46 and therefore leaves the plaintiff to his proof.

47.     Denies as stated and refers to the statutes referred to in this Paragraph 47 for the content thereof.

48.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 48 and therefore leaves the plaintiff to his proof.

49.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 49 and therefore leaves the plaintiff to his proof.

50.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 50 and therefore leaves the plaintiff to his proof.

51.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 51 and therefore leaves the plaintiff to his proof.

52.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 51 and therefore leaves the plaintiff to his proof.

53.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 53 and therefore leaves the plaintiff to his proof.

54.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 54 and therefore leaves the plaintiff to his proof.

55.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 55 and therefore leaves the plaintiff to his proof.

56.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 56 and therefore leaves the plaintiff to his proof.

57.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 57 and therefore leaves the plaintiff to his proof.

58.     Denies.

59.     Denies.

60.     Admits, but states that plaintiff owes amounts to a creditor who had placed an account in the name of plaintiff with Progressive for collection.

61.     Admits.

62.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 62 and therefore leaves the plaintiff to his proof.

63.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 63 and therefore leaves the plaintiff to his proof.

64.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 64 and therefore leaves the plaintiff to his proof.

65.     Denies.

66.     Denies as stated and refers to the statutes referred to in this Paragraph 66 for the content thereof.

67.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 67 and therefore leaves the plaintiff to his proof.

68.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 68 and therefore leaves the plaintiff to his proof.

69.     Denies.

70.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 70 and therefore leaves the plaintiff to his proof.

71.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 71 and therefore leaves the plaintiff to his proof.

72.     Denies.

73.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 73 and therefore leaves the plaintiff to his proof.

74.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 74 and therefore leaves the plaintiff to his proof.

75.     Denies.

76.     Defendant repeats and re-alleges the answers to Paragraphs 1 through 75 of the Complaint as their answer to this Paragraph 76 as though fully set forth herein.

77.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 77 and therefore leaves the plaintiff to his proof.

78.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 78 and therefore leaves the plaintiff to his proof.

79.    Denies.

80.    Defendant repeats and re-alleges the answers to Paragraphs 1 through 79 of the Complaint as their answer to this Paragraph 80 as though fully set forth herein.

81.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 81 and therefore leaves the plaintiff to his proof.

82.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 82 and therefore leaves the plaintiff to his proof.

83.    Denies.

84.    Defendant repeats and re-alleges the answers to Paragraphs 1 through 83 of the Complaint as their answer to this Paragraph 84 as though fully set forth herein.

85.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 85 and therefore leaves the plaintiff to his proof.

86.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 86 and therefore leaves the plaintiff to his proof.

87.     Denies.

88.     Defendant repeats and re-alleges the answers to Paragraphs 1 through 87 of the Complaint as their answer to this Paragraph 88 as though fully set forth herein.

89.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 89 and therefore leaves the plaintiff to his proof.

90.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 90 and therefore leaves the plaintiff to his proof.

91.     Denies.

92.     Defendant repeats and re-alleges the answers to Paragraphs 1 through 91 of the Complaint as their answer to this Paragraph 92 as though fully set forth herein.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the Complaint

fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's state law claims for invasion of privacy are precluded by 15

U.S.C. § 1681h.

DEFENDANT
PROGRESSIVE FINANCIAL
SERVICES, INC.

By: _____/s/_____
       Jonathan D. Elliot

       Zeldes, Needle & Cooper, P.C.
       1000 Lafayette Blvd., Suite 500
       Bridgeport, CT 06604
       Tel: (203) 333-9441
       Fax: (203) 333-1489
       Email: jelliot@znclaw.com

Its Attorney

## **CERTIFICATION**

I hereby certify that on December 13, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____ _____
Jonathan D. Elliot