UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 3:12-CV-00957-CSH |
| | : |
| RJM ACQUISITIONS, LLC, | : |
| VERIFACTS, INC., | : |
| PROGRESSIVE FINANCIAL | : |
| SERVICES INC. | : July 30, 2013 |
| | : |
| Defendants. | : |
| | : |

## MOTION FOR EXTENSION OF TIME

Defendant Progressive Financial Services, Inc. ("Progressive") hereby moves for an extension of time of thirty (30) days, to and including September 3, 2013, to respond to plaintiff's first set of interrogatories, requests for admission and requests for production in this action. This extension is required to permit counsel to investigate the requested discovery and formulate appropriate responses.

This is defendant's first motion for an extension of time. The undersigned attempted to reach plaintiff by phone in order to obtain his consent but was unsuccessful. Therefore, plaintiff has not provided his consent to the granting of this motion.

THE DEFENDANT
PROGRESSIVE FINANCIAL SERVICES, INC.


By    /s/Joseph H. Corselli
    Joseph H. Corselli (ct 28418)

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1740
    Bridgeport, Connecticut 06601
    Tel.  203-333-9441
    Fax  203-333-1489
    Email:  jcorselli@znclaw.com

Its Attorneys

## **CERTIFICATION**

I hereby certify that on July 30, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/Joseph H. Corselli
Joseph H. Corselli