UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 3:12-CV-00957-CSH |
| : | |
| RJM ACQUISITIONS, LLC, : | |
| VERIFACTS, INC., : | |
| PROGRESSIVE FINANCIAL : | |
| SERVICES, INC., : | November 12, 2013 |
| : | |
| Defendants. : | |
| : | |

### DEFENDANT PROGRESSIVE FINANCIAL SERVICES INC.'S
### MOTION FOR SUMMARY JUDGMENT

The defendant, Progressive Financial Services, Inc. ("Progressive"), pursuant to Rule 56 of the Federal Rules of Civil Procedure hereby requests that the Court enter judgment in its favor on the ground that there are no genuine issues of disputed material facts requiring a trial, and defendant Progressive is entitled to a judgment as a matter of law.

In support of this motion, Progressive simultaneously files herewith the following:

(1)   Notice To Pro Se Party Pursuant to Local Rule 56;

(2)   Statement of Material Facts pursuant to Local Rule 56.1;

(3)   Affidavit of Patrick Downey;

(4)     Defendant's Memorandum Of Law In Support Of Motion For Summary Judgment.

                        DEFENDANT
                        PROGRESSIVE FINANCIAL
                        SERVICES, INC.

                        By: _____/s/_____
                            Jonathan D. Elliot

                            Zeldes, Needle & Cooper, P.C.
                            1000 Lafayette Blvd., Suite 500
                            Bridgeport, CT 06604
                            Tel: (203) 333-9441
                            Fax: (203) 333-1489
                            Email: jelliot@znclaw.com

Its Attorney

**CERTIFICATION**

  I hereby certify that on November 12, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Nelson Valle (Pro Se)
66 Montowese St.
Hartford, CT 06114

                _____/s/_____
                  Jonathan D. Elliot