UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE, | : |
| Plaintiff, | : |
| v. | : No. 3:12-CV-00957-CSH |
| RJM ACQUISITIONS, LLC, VERIFACTS, INC., PROGRESSIVE FINANCIAL SERVICES, INC., | : |
| | : November 12, 2013 |
| Defendants. | : |

## DEFENDANT'S LOCAL RULE 56.1
## STATEMENT OF MATERIAL FACT

The defendant, Progressive Financial Services, Inc., hereby submits that there is no triable question of fact with respect to the following material facts in the above action:

1. Defendant operates a collection agency with its principal offices located at 1919 W. Fairmont Drive in Tempe, AZ.  See Affidavit of Patrick Downey[1] at Exhibit A.[2]

2. Progressive is one of a number of collection agencies authorized to collect student loans by and/or for the United States Department of Education ("Dept. of Ed.").  Downey Aff. at ¶5.

3. The Dept. of Ed. placed a student loan account in the name of the plaintiff on June 26, 2010 for collection.  Id.; and Exhibit A to Downey Aff.

---

[1] Affidavit of Patrick Downey, dated November 4, 2013 (Herein, "Downey Aff. at ¶__").
[2] Task Order, dated July 1, 2009, signed by Progressive and Dept. of Ed., memorializing the award by Dept. of Ed. to Progressive of a 2009 Dept. of Ed. contract to provide collection services (Herein, "Exhibit A to Downey Aff.").

4. Pursuant to such placement, Progressive was charged with responsibility for collecting one or more student loans allegedly owed by plaintiff totaling over $85,000.00 in amount. Downey Aff. at ¶6.

5. Progressive's collection services ordinarily include activities such as written correspondence and telephone calls to student loan debtors. Id. at ¶10.

6. Such collection activities frequently involve the review of student loan debtors' consumer credit files for the purpose of, and in connection with, the collection of such loan accounts. Id.

7. When on July 27, 2010, Progressive made a credit inquiry on the plaintiff, Nelson Valle, it was for the purpose of, and in connection with, the collection of student loans in the name of the plaintiff. Id. at ¶11.

8. When Progressive reviewed plaintiff's credit file, Progressive, due to the placement of loans in plaintiff's name for collection, believed it had a legitimate purpose for review of such file, and believed that such collection and review was an authorized purpose under the Fair Credit Reporting Act. Id. at ¶12.

          DEFENDANT
          PROGRESSIVE FINANCIAL
          SERVICES, INC.

By: _____/s/_____
      Jonathan D. Elliot

      Zeldes, Needle & Cooper, P.C.
      1000 Lafayette Blvd., Suite 500
      Bridgeport, CT 06604
      Tel: (203) 333-9441
      Fax: (203) 333-1489
      Email: jelliot@znclaw.com

Its Attorney

## **CERTIFICATION**

      I hereby certify that on November 12, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Nelson Valle (Pro Se)
66 Montowese St.
Hartford, CT 06114

                                                  _____/s/_____
                                                    Jonathan D. Elliot