**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **NELSON VALLE,** | **CASE NO.:  3:12-cv-00957 CSH** |
| Plaintiff, | |
| v. | ***VERIFIED* NOTICE – OTHER [RESPONSIVE TO DOCKET ENTRY NO. 48 (ORDER)]** |
| **RJM ACQUISITIONS,** *et al.* | |
| Defendants. | **JANUARY 10TH, 2014** |

*For Our Cause Plaintiff Affirms,*

On or about December 16th 2013, Plaintiff ("Valle") was met with an unusual set of circumstances in the Town Clerk's Office located in Hartford Connecticut. The propriety of this situation was regarding the notary affixation of Valle's summary-judgment documentation— affidavit, acknowledgment, declaration and certificate of service ("documents"). According to the notary, Valle's identifications were inadequate and thus she was unable to affirmatively identify Valle.[1]  As a result, the notary refused to notarize Valle's documents in his attempted transaction. Valle, was then tasked with attempting to either make it to the Connecticut Department of Motor Vehicle at or around 4:15pm or finding an emergency means of getting his documentation properly notarized and going to Fedex to print over 100 pages for copies to mail out the same to opposing counsels. In a state of anger, apprehension and confusion, Valle found himself overwhelmed. Valle was only able to find a notary who was willing to assist him after her tasks were completed. Valle's Opposition Brief for Progressive was going to be retrieved by computer pin at the Town Clerk's Office. Consequently, Valle managed to affix only RJM's Opposition Brief prior to the emergency notary closing her office.

Valle, did speak with Progressive's counsel ("Elliot") prior to said incident and **informally** discussed an extension of time so that Valle could in essence find a proof reader.

---

[1] Valle has characterized this engagement as unusual in that the Valle and the notary in question attended the same high school and have known each other for over 20 years.

VERIFIED NOTICE - OTHER
- 1

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

1  However, Valle **did not** agree to any such action because Valle reasoned that he already

2  requested such an extension and was not willing to ask for such again.[2] In the interest of full

3  disclosure, Valle anticipated that opposing counsels would attempt, in Valle's view, to submit

4  replies with more of the same, ie. –  bogus affidavits, red herring arguments, attorney

5  "statements of fact", all the while providing absolutely no strict proof to rebut Valle's Consumer

6  Report, Declaration or Sworn Denial. Accordingly, Valle's call was to inform Elliot that Valle

7  **would request leave of court to submit a sur-reply**. Elliot then gave his view on said matter

8  which occasioned the informal discussion.

9       Of note, Valle hasn't written any researched based material in over 15 plus years and

10  certainly never in the area of a summary-judgment motion.[3] Consequently, Valle admits that he,

11  although genuine and with firm conviction in his arguments, was simply inefficient in his words

12  and has unnecessarily burdened the court in reading voluminous items that woefully fall short of

13  legal precision. Valle has made an earnest effort to learn and comply with the rules of this Court.

14  At no time did Valle intend to impugn on the directives of the Court in any capacity whatsoever.

15  Valle's effort to comply with the court's scheduling order[4] was contravened by his inability to

16  properly get his responsive documentation notarized in accordance with *Rule 56*. Elliot, in the

17  interim and without given explicit detail, was kept abreast of this matter by phone.

18       Regrettably, Valle has embarrassed himself, failed in his intent to participate in this

19  proceeding with proper decorum and more importantly further burdened the court with his

20  untimely submitted documentation. Accordingly, Valle takes full responsibility for both the

21  untimely motion and any outcome resulting therefrom. Valle further apologizes to this

22  Honorable Court and consequently, will not submit said motions.

23

24                                                      respectfully submitted,

25

26

27  [2]  Valle did not care to explain his reasoning to Elliot.
   [3]  Outside of his Complaints.
28  [4]  Dkt. #48
   VERIFIED NOTICE - OTHER                                 Nelson Valle
   - 2                                                      66 Montowese St.
                                                            Hartford, CT 06114
                                                            +860.212.0794 phone

## NOTARY'S VERIFICATION

**STATE OF CONNECTICUT** §
**COUNTY OF HARTFORD** §

On this day personally came before me the above-named Affiant, who proved his identity to my satisfaction and he acknowledged his signature on this Affidavit in my presence and stated that he did so fully understanding that he was subject to the penalties of perjury.

### AFFIRMATION

I, Nelson Valle, state that, I am over the age of 18 years of age of sound mind and of my own freewill having been dully sworn, stating here of my own personal knowledge, I hereby affirm that I prepared and have read this document and that I believe the foregoing statements in this Affidavit to be accurate. I hereby further affirm that the basis of knowledge of the statements described herein is of my own direct knowledge. Pursuant to 28 U.S.C. § 1746(2), I, Nelson Valle, hereby declare (or certify, verify or state) under the penalty of perjury that the foregoing is true and correct. Further the Affiant sayeth naught. Signed in Hartford, Connecticut on January _10_, 2014.

_____     **Notary Public**
Nelson Valle

Name of Notary: _Maritza Braithwaite_

Signature of Notary: _Maritza M Braithwaite_
                     My Commission Expires February 28, 2014

My Commission Expires: _____

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was provided by Certified US Mail to Jonathan Elliot of Zeldes, Needle & Cooper, P.C. 1000 Lafayette Blvd., Suite 500 Bridgeport, CT 06604 this 10th day of January 2014.

_____
                                         Nelson Valle

I certify that a copy of the foregoing notice was provided by Certified US Mail to Peter T. Shapiro of Lewis Brisbois Bisgaard & Smith LLP at 77 Water Street, Suite 2100 New York, New York 10005 this 10th day of January 2014.

_____
                                         Nelson Valle

**STATE OF CONNECTICUT**
**COUNTY OF HARTFORD**

**BEFORE ME** personally appeared Nelson Valle who, being fully sworn and identified in accordance with Connecticut Law, did execute the forgoing in my presence this _10_ day of January 2014.

Notary Public

_Maritza M Braithwat_

My Commission Expires: _My Commission Expires February 28, 2014_

VERIFIED NOTICE - OTHER
- 3

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone