UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NELSON VALLE,

v.                                                              Civil 3:12-cv-957(GWC)

RJM ACQUISITIONS
PROGRESSIVE FINANCIAL

## JUDGMENT

This matter came on for consideration on the defendants' motions for summary judgment before the Honorable Geoffrey W. Crawford, United States District Judge. On October 8, 2012, the case was dismissed with prejudice as to defendant Verifacts, Inc. The Court has reviewed all of the papers filed in conjunction with the motions and on February 19, 2015 entered an order granting the relief in favor of defendants' Progressive Financial and RJM Acquisitions.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants, Progressive Financial and RJM Acquisitions, and the case is closed.

Dated at New Haven, Connecticut, this 20th day of February, 2015.

ROBIN D. TABORA, Clerk

By_____/s/_____
   Breigh Freberg
   Deputy Clerk

EOD: ___February 20, 2015___